FORM B5.
(6/90)

# FORM 5. INVOLUNTARY PETITION

## United States Bankruptcy Court
__Western__ District of __Louisiana__

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| SOLA COMMUNICATIONS, LLC | |

SOC. SEC./TAX I.D. NO. (If more than one, state all.)
72-1084493

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 113 North Pat Street<br>Scott, Louisiana 70583 | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
Lafayette

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7      ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual         ☐ Corporation Publicly Held
☐ Partnership        ☒ Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check one)
☐ Professional        ☐ Transportation     ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/     ☐ Construction
☐ Railroad              Mining             ☐ Real Estate
                      ☐ Stockbroker        ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Communications

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| FORM 5 Involuntary Petition | Name of Debtor SOLA COMMUNICATIONS, LLC |
|---|---|
| (6/92) | Case No. _____ (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ R.H. Chargois
Signature of Petitioner or Representative (State title)
Defense Dynamics, LLC
Name of Petitioner          Date Signed

Name & Mailing Address of Individual   Richard Chargois
Signing in Representative Capacity   101 LaRue France, #203
                                     Lafayette, La  70508

X /s/ D. Patrick Keating  9/30/05
Signature of Attorney                Date
D. Patrick Keating, APLC
Name of Attorney Firm (If any)
117 W. Landry, Opelousas, La  70570
Address
337-594-8200
Telephone No.

---

X /s/ R.H. Chargois
Signature of Petitioner or Representative (State title)
Generis Technologies, Inc
Name of Petitioner          Date Signed

Name & Mailing Address of Individual   Richard Chargois
Signing in Representative Capacity   101 LaRue France, #203
                                     Lafayette, La  70508

X /s/ D. Patrick Keating  9/30/05
Signature of Attorney                Date
D. Patrick Keating, APLC
Name of Attorney Firm (If any)
117 W. Landry, Opelousas, La  70570
Address
337-594-8200
Telephone No.

---

X ~~(signature)~~
Signature of Petitioner or Representative (State title)
Calzone & Associates, Inc.
Name of Petitioner          Date Signed

Name & Mailing Address of Individual   Juliana R. Calzone
Signing in Representative Capacity   PO Box 2710
                                     Lafayette, La  70502

X /s/ D. Patrick Keating  9/30/05
Signature of Attorney                Date
D. Patrick Keating, APLC
Name of Attorney Firm (If any)
117 W. Landry, Opelousas, La  70570
Address
337-594-8200
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Defense Dynamics, LLC<br>101 LaRue France, #203, Laf, La  70508 | Open Account | $19,269.00 |
| Generis Technologies, Inc.<br>101 LaRue France, #203, Laf, La  70508 | Open Account | $83,966.28 |
| Calzone & Associates, Inc.<br>PO Box 2710, Laf, La  70502 | Open Account | $28,078.83 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached